| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Bianchini, Victor E. | 2. Court or Organization Northern District of New York | 3. Date of Report 05/15/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Magistrate Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2012 to 12/31/2012 |

7. Chambers or Office Address

U.S. Courthouse
100 S. Clinton St
Syracuse, NY 13261

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Directors | Flying Leathernecks Aviation Museum Historical Society Foundation |
| 2. Board of Directors & Immediate Past President | Marine Corps Recruit Depot Museum Historical Society |
| 3. Editorial Board | San Diego Lawyer Magazine |
| 4. Member, Board of Directors | San Diego County Public Law Library Foundation |
| 5. Member of Board of Directors | Veteran's Village of San Diego (Formerly known as Vietnam Veterans of San Diego) |
| 6. Advisor | Tender Loving Canine Wounded Warrior Helper Dogs |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2002 | Judicial Retirement Plan, State of California. The State of California pays this annuity over which I have no control. |
| 2. 2002 | County of San Diego Deferred Compensation Plan. This is paid from sole contributions by me to this plan, from which I will be obligated to withdraw funds. |
| 3. 2002 | State of California Judicial 401k plan. This is also in the nature of deferred compensation, and arose from my position as a Superior Court Judge. |
| 4. 2003 | Defined Benefit Plan arising out of activities as a mediator/arbitrator from 2002-2006. This has been converted to a 401k investment plan with AXA Advisors. |

| Name of Person Reporting | Date of Report |
|---|---|
| Bianchini, Victor E. | 05/15/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Judicial retirement annuity for service as a Superior Court Judge. | $126,000.00 |
| 2. 2012 | State of California, state university professor annuity. | $5,700.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bianchini, Victor E.** | 05/15/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase National Bank | Visa Credit Card | K |
| 2. | Wells Fargo Mortgage | Mortgage on Rental Property | M |
| 3. | Wells Fargo Mortgage | Mortgage on Rental Property | O |
| 4. | Wells Fargo Mortgage | Mortgage on Rental Property | N |
| 5. | Wells Fargo Mortgage | Mortgage on Rental Property | N |
| 6. | USAA Bank Credit Card Services | MasterCard | J |
| 7. | American Express | Visa Credit Card/Costco Membership Card | J |
| 8. | Bank of America | Visa Business Credit Card | J |
| 9. | Bank of America | Visa Personal Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Bianchini, Victor E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Deferred Compensation--County of San Diego (no control) | | None | J | T | | | | | |
| 2. Deferred Compensation--U.S. Courts (no control) | | None | M | T | | | | | |
| 3. | | | | | | | | | |
| 4. Combined Defined Benefit Plan and 401k-- AXA Advisors | E | Int./Div. | O | T | | | | | |
| 5. -John Hancock Technical Opportunities (JTCIX) | | | | | Sold | 12/26/12 | K | | |
| 6. -Harbor Capital Appreciation Fund (HACAX) | | | | | Sold | 12/26/12 | K | | |
| 7. -WT Investments CRM Mid Cap Value FUND (CRMMX) | | | | | Sold | 12/26/12 | K | | |
| 8. -Artisan Small Cap Value Fund (ARTVX) | | | | | Sold | 12/26/12 | J | | |
| 9. -Blackrock International Opportunities Fund (BISIX) | | | | | Sold | 12/26/12 | K | | |
| 10. -Columbia Acorn Fund (ACRNX) | | | | | Sold | 12/26/12 | K | | |
| 11. -Dodge & Cox Income Fund (DODIX) | | | | | | | | | |
| 12. -Templeton Global Bond Fund (TPINX) | | | | | | | | | |
| 13. -Franklin Strategic Services Income Fund (FKSAX) | | | | | | | | | |
| 14. -Lord Abbett Bond Debenture Fund (LBNDX) | | | | | | | | | |
| 15. -Davis New York Venture Fund (NYVBX) | | | | | | | | | |
| 16. -JP Morgan Prime Money Market Fun Investors Shares | | | | | | | | | |
| 17. -Rainier Inv. MGMT Mid Cap Equity Port Inst | | | | | Sold | 12/26/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Principal Invst PFD Securities Instl CL (PPSIX) | | | | | | | | | |
| 19. -Pimco Real Return Strategy Fund (PCRPX) | | | | | Sold | 12/26/12 | K | | |
| 20. -Harbor High Yield Bond Fund Instl CL (HYFAX) | | | | | | | | | |
| 21. -John Hancock Floating Rate Income Fund (JFIIX) | | | | | | | | | |
| 22. -Columbia Strategic Income Fund (LSIZX) | | | | | | | | | |
| 23. -Natixis Funds Trust II (ASFYX) | | | | | | | | | |
| 24. -Franklin Managed Trust Rising Dividends Fund (FRDAX) | | | | | Sold | 12/26/12 | K | | |
| 25. -Franklin Global Trust Global Real Estate Fund (FVGRX) | | | | | Sold | 12/26/12 | K | | |
| 26. -John Hancock Techinical Opportunities Fund (JGPIX) | | | | | Sold | 12/26/12 | K | | |
| 27. -Citigroup INC (X) | | | | | | | | | |
| 28. -Facebook INC CL A | | | | | Buy | 05/18/12 | J | | |
| 29. | | | | | | | | | |
| 30. Certificate of Deposit--Bank of America | B | Interest | K | T | | | | | |
| 31. Rental Property #1: San Diego, California | A | Rent | P1 | W | | | | | |
| 32. Rental Property #1: San Diego, California | E | Rent | N | W | | | | | |
| 33. Checking #1: Bank of America | C | Interest | J | T | | | | | |
| 34. Checking #2: Bank of America | C | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bianchini, Victor E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Certificate of Deposit: Wells Fargo ▧ | E | Interest | M | T | | | | | |
| 36. Checking: Wells Fargo:Wells Fargo ▧ | B | Interest | J | T | | | | | |
| 37. Savings: Wells Fargo ▧ | F | Interest | L | T | | | | | |
| 38. | | | | | | | | | |
| 39. IRA: John Hancock Lifestyle Balanced Portfolio (JALBX) | B | Dividend | M | T | | | | | |
| 40. | | | | | | | | | |
| 41. 401k: Advanta Financial Corp. ▧ "No Control." | C | Int./Div. | L | T | | | | | |
| 42. -Schwab Cash Reserves | | | | | | | | | |
| 43. -ACITX | | | | | | | | | |
| 44. -BCOSX | | | | | | | | | |
| 45. -FTRFX | | | | | | | | | |
| 46. -MWHYX | | | | | | | | | |
| 47. -MWTRX | | | | | | | | | |
| 48. -PRRDX | | | | | | | | | |
| 49. -PTTDX (X) | | | | | | | | | |
| 50. -WACIX | | | | | | | | | |
| 51. -AAGPX | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bianchini, Victor E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -TWCGX | | | | | | | | | |
| 53. -JETAX | | | | | | | | | |
| 54. -CSRSX | | | | | | | | | |
| 55. -AUSAX | | | | | | | | | |
| 56. -UMLGX | | | | | | | | | |
| 57. -CRSOX | | | | | | | | | |
| 58. -NYVTX | | | | | | | | | |
| 59. -HIINX | | | | | | | | | |
| 60. -JVLAX | | | | | | | | | |
| 61. -ICSLX | | | | | | | | | |
| 62. -EXWAX | | | | | | | | | |
| 63. -NOSGX | | | | | | | | | |
| 64. -EMGRX | | | | | | | | | |
| 65. -OAKEX | | | | | | | | | |
| 66. -SCETX | | | | | | | | | |
| 67. -GBEMX | | | | | Sold (part) | 12/20/12 | J | | |
| 68. -UMBWX | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bianchini, Victor E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -AEMGX | | | | | Buy | 12/20/12 | J | | |
| 70. -ODMAX | | | | | Buy | 12/20/12 | J | | |
| 71. | | | | | | | | | |
| 72. Accumulator (Variable Annuity), AXA Advisors | C | Dividend | N | T | | | | | |
| 73. -AXA Multimanager Mid Cap Value | | | | | Sold (part) | 11/13/12 | J | | |
| 74. -AXA Multimanager Multi-Sector Bond | | | | | Sold (part) | 11/13/12 | J | | |
| 75. -Alliance Bernstein Sm. Cap Growth | | | | | | | | | |
| 76. -AXA EQ/Equity Growth Plus | | | | | Sold (part) | 11/13/12 | J | | |
| 77. -BlackRock Basic Value Equity | | | | | Sold (part) | 11/13/12 | J | | |
| 78. -AXA EQ/International Value Plus | | | | | Sold (part) | 11/13/12 | J | | |
| 79. -GAMCO Small Company Value | | | | | | | | | |
| 80. -MFS Intl Growth | | | | | Sold (part) | 11/13/12 | J | | |
| 81. -Morgan Stanley Mid Cap Growth | | | | | Sold (part) | 11/13/12 | J | | |
| 82. -AXA EQ/Global Bond Plus | | | | | Sold (part) | 11/13/12 | J | | |
| 83. -Templeton Global Equity | | | | | Sold (part) | 11/13/12 | J | | |
| 84. | | | | | | | | | |
| 85. AXA Equitable Structured Capital Strategies B IRA | B | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bianchini, Victor E. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   -AXA MSCI EAFE | | | | | Buy | 05/14/12 | K | | |
| 87.   -AXA Russell 2000 1 Year | | | | | Buy | 05/14/12 | K | | |
| 88.   -AXA S&P 500 | | | | | Buy | 05/14/12 | K | | |
| 89.   -AXA Russell 2000 3 Year | | | | | Buy | 05/14/12 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bianchini, Victor E. | 05/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. My spouse has no control over the selection of stocks. All of my investments are Mutual Funds and therefore I have no control over stocks.

2. Accumulator is an annuity program where my interest is only income. The corpus will go to [                ] upon my death.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Victor E. Bianchini**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544